# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Charles Bernard Randolph,<br><br>Petitioner<br><br>vs.<br><br>Garry McFadden<br>FNU LNU<br>FNU Truesdale<br>FNU Greene<br>FNU McCaskill<br>FNU Davis,<br><br>Respondent. | JUDGMENT IN CASE<br><br>3:24-cv-00937-MR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2024 Order.

Signed: December 12, 2024

Katherine Hord Simon, Clerk
United States District Court